BENJAMIN L. WEBSTER, Bar No. 132230
KELSEY E. PAPST, Bar No. 270547
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
Telephone:    916.830.7200
Fax No.:        916.561.0828

Attorneys for Defendant
AEROTEK, INC., A MARYLAND CORPORATION

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY KONKLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AEROTEK, INC., a Maryland Corporation,<br><br>Defendant. | Case No.  2:13-CV-01905-MCE-DAD<br><br>**STIPULATION AND ORDER TO DISMISS ACTION PURSUANT TO RULE 41(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Plaintiff SHIRLEY KONKLE ("Plaintiff") and Defendant AEROTEK, INC., a Maryland Corporation ("Defendant") (collectively, the "Parties"), by and through their counsel, do hereby stipulate and agree as follows:

WHEREAS, on July 16, 2013, Plaintiff filed the Complaint in the above-captioned matter against Defendant in the Superior Court of California for the County of Sacramento, Case No. 34-2013-00148247; and

WHEREAS, on September 13, 2013, Defendant removed this action to the United States District Court for the Eastern District of California, Case No. 2:13-cv-01905-MCE-DAD, pursuant to diversity jurisdiction under 28 U.S.C. § 1332; and

WHEREAS, the Parties have entered into a Confidential Settlement Agreement and Release of All Claims, effectuating a resolution of this dispute; and

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a), the Parties agree that

this case can and should be dismissed, with prejudice.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the above-captioned matter shall be dismissed, with prejudice.  Defendant shall bear its own fees and costs in connection with the proceedings before this Court, and Plaintiff shall bear her own fees and costs in connection with the proceedings before this Court.

**SO STIPULATED.**

Dated:   October 21, 2015              LITTLER MENDELSON, P.C.

*/s/ Benjamin L. Webster*
BENJAMIN L. WEBSTER
KELSEY E. PAPST
Attorneys for Defendant
AEROTEK, INC., A MARYLAND CORPORATION

Dated:   October 21, 2015              KUNZLER LAW GROUP

*/s/ R. Jeremy Adamson*
R. JEREMY ADAMSON
Attorney for Plaintiff
SHIRLEY KONKLE

**ORDER**

Pursuant to the foregoing stipulation and Rule 41(a) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that Plaintiff's Complaint is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: October 22, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT